**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL VERNON HALL,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>Defendants. | Case No. 2:17-cv-06216-RGK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Presented By The United States Magistrate Judge, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 31, 2018

_/s/ Gary Klausner_
HONORABLE R. GARY KLAUSNER
United States District Judge